**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6031**

———————

JAMES FRANKLIN MCKENZIE,

Plaintiff - Appellant,

versus

LEVESTER THOMPSON, M.D.,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (CA-95-457)

———————

Submitted:  April 17, 1997          Decided:  April 30, 1997

———————

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

James Franklin McKenzie, Appellant Pro Se.  David Ernest Boelzner, Michael Lawrence Goodman, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McKenzie v. Thompson, No. CA-95-457 (E.D. Va. Nov. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED